# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Jesus Alcaza-Reyes | **JUVENILE:** No |
| **DEFENSE ATTORNEY:** | **CR 18-0225-S BLW** |
| Address: | **PUBLIC or SEALED:** Sealed |
| | **SERVICE TYPE:** Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **ISSUE:** Yes |
| **INVESTIGATIVE AGENT:** Christopher Davis | **INTERPRETER:** Yes |
| Telephone No.: (208) 386-2107 | If YES, language: Spanish |
| **AGENCY:** Drug Enforcement Administration | |
| **CASE INFORMATION:** | **RELATED COMPLAINT:** No |
| | **CASE NUMBER:** |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Ada |
| Class A Misdemeanor: | No | Estimated Trial Time: | 3 days |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), and (b)(1)(C) | ONE | Conspiracy to Distribute Methamphetamine and Heroin | At least 10 years and up to life imprisonment, at least 5 years of supervised release, $10,000,000 fine, and $100 Special Assessment |
| 21 U.S.C. § 853 | FORFEITURE | Drug Forfeiture | Forfeiture of listed property |

Date: 11 July 2018     Assistant U.S. Attorney: BRYCE B. ELLSWORTH
     Telephone No.: (208) 334-1211

**U.S. COURTS**

**JUL 11 2018**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO